Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.

ABRAHAM ROJAS, Respondent, v. RUSSELL D. BANKS, Appellant.

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.

In the Matter of CLARA L. CARDONA, Respondent, v. PEDRO PEREZ, Appellant.

Concur — Botein, P. J., Stevens, Tilzer, McNally and McGivern, JJ.

BAKER, VOORHIS & CO., INC., Appellant, v. JOHN J. HECKMAN, Respondent. —

Concur — Stevens, J. P., Eager, Steuer, Rabin and McNally, JJ.

EDWARD E. BEARMAN et al., Respondents, v. HERMAN BEARMAN, Individually, and as Trustee, et al., Appellants, et al., Defendants.

674

Concur — Botein, P. J., Stevens, Tilzer, McNally and McGivern, JJ.